**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Margaret Bailey-Kowalczyk | : | |
| Debtor | : | Bankruptcy No.  25-10317 |

**<u>ORDER</u>**

This matter having been presented to the Court by Mitchell Lee Chambers and, for good cause it is  ORDERED that:

1) That the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code.
2) It is further Ordered that the Court will reschedule the Confirmation Hearing.

BY THE COURT

*Patricia M. Mayer*

Dated:_____**May 26**_____ , 2026

**Hon. Patricia M. Mayer**
**United States Bankruptcy Judge**

.........